UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



ROBERT WALLACE-BEY,
  Plaintiff,

v.

AMERICA'S CHRISTIAN CREDIT UNION,
  Defendant.

Case No. 25-CV-5558 (RER)(JAM)

# AMENDED COMPLAINT

## I. JURISDICTION AND VENUE

1. This action arises under the **Equal Credit Opportunity Act**, 15 U.S.C. § 1691 et seq.; the **Civil Rights Act of 1964**, 42 U.S.C. § 2000a; and the **Religious Freedom Restoration Act**, 42 U.S.C. § 2000bb.

2. Jurisdiction is proper under **28 U.S.C. § 1331** because these are federal questions.

3. Venue is proper in this District under **28 U.S.C. § 1391(b)** because Plaintiff resides in Queens County and the harm occurred here.

## II. PARTIES

4. Plaintiff Robert Wallace-Bey is a natural person residing at 119-14 153rd Street, Jamaica, New York 11434.

5. Defendant America's Christian Credit Union ("ACCU") is a federally insured credit union headquartered at 2100 E. Route 66, Glendora, California 91740, conducting business with members nationwide, including in New York.



1

## III. FACTS

6. On June 11, 2025, Plaintiff applied for a ministry account with ACCU to support religious and charitable operations.

7. Plaintiff submitted all required organizational and identification documents.

8. Between July and August 2025 ACCU delayed processing and ultimately denied the application.

9. On September 29, 2025, ACCU sent a letter stating that while the organization met membership criteria, the application was denied solely because of Plaintiff's personal ChexSystems record showing a $230.89 Capital One charge-off. (*Exhibit I.*)

10. By linking Plaintiff's personal consumer record to the organization's eligibility, Defendant imposed an unlawful religious and personal barrier to financial access.

11. Defendant's conduct has caused Plaintiff emotional distress, humiliation, and loss of opportunities to carry out religious work.

12. Plaintiff files this action in his individual capacity for damages arising from Defendant's discriminatory acts.

## IV. CLAIMS FOR RELIEF

**Count 1 – Equal Credit Opportunity Act (15 U.S.C. § 1691)**

13. ECOA prohibits discrimination in credit transactions on the basis of religion.

14. Defendant violated ECOA by conditioning approval of a religious account on Plaintiff's personal credit history.

15. In *Brothers v. First Leasing*, 724 F.2d 789 (9th Cir. 1984), the court held that using personal factors unrelated to creditworthiness violates ECOA. Defendant's actions are analogous.

**Count 2 – Title II of the Civil Rights Act (42 U.S.C. § 2000a)**

2

16. Defendant denied Plaintiff equal access to public accommodations by refusing banking services because of his religious association.

17. Financial institutions serving the public are public accommodations under *Daniel v. Paul*, 395 U.S. 298 (1969).

18. Defendant's refusal constitutes religious discrimination prohibited by Title II.

**Count 3 – Religious Freedom Restoration Act (42 U.S.C. § 2000bb)**

19. Defendant substantially burdened Plaintiff's free exercise of religion by blocking his ability to operate a ministry account.

20. Under *Burwell v. Hobby Lobby Stores, Inc.*, 573 U.S. 682 (2014), even neutral policies that impose a substantial burden on religious exercise violate RFRA absent a compelling interest.

21. Defendant's policy is neither narrowly tailored nor supported by a compelling interest.

## V. RELIEF REQUESTED

Plaintiff requests that the Court:
A. Declare Defendant's actions unlawful under ECOA, Title II, and RFRA;
B. Order Defendant to approve the requested ministry account without unlawful conditions;
C. Award Plaintiff **$50,000** in compensatory damages for emotional distress and lost opportunities; and
D. Grant costs and any other relief the Court deems just.

**DATED:** 11/06/2025

*Robert Wallace-Bey*
Respectfully submitted,

**Robert Wallace-Bey**
Plaintiff Pro Se
119-14 153rd Street
Jamaica, NY 11434

3

# TABLE OF AUTHORITIES

**Statutes**
15 U.S.C. § 1691 – Equal Credit Opportunity Act
42 U.S.C. § 2000a – Civil Rights Act of 1964, Title II
42 U.S.C. § 2000bb – Religious Freedom Restoration Act
28 U.S.C. § 1331 – Federal Question Jurisdiction
28 U.S.C. § 1391 – Venue

**Federal Rules**
Fed. R. Civ. P. 8(a) – General Rules of Pleading
Fed. R. Civ. P. 15(a) – Amended and Supplemental Pleadings

**Cases**
*Ashcroft v. Iqbal*, 556 U.S. 662 (2009)
*Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007)
*Erickson v. Pardus*, 551 U.S. 89 (2007)
*Daniel v. Paul*, 395 U.S. 298 (1969)
*Burwell v. Hobby Lobby Stores, Inc.*, 573 U.S. 682 (2014)
*Saint Francis College v. Al-Khazraji*, 481 U.S. 604 (1987)
*Brothers v. First Leasing*, 724 F.2d 789 (9th Cir. 1984)



4

# Exhibit I

Denial Letter from America's Christian Credit Union

Dated September 29, 2025.



September 29, 2025

Robert Wallace-Bey

Authorized Trustee – Temple of Seven Inc.

Thank you for your inquiry regarding the membership application for Temple of Seven Inc.

Temple of Seven Inc. meets the eligibility criteria under our Field of Membership. However, the application was not approved due to information disclosed in the adverse action notice.

ACCU's new account procedures include a ChexSystems report. This report is obtained for both the organization and each authorized signer. One signer currently has an unpaid charge-off in the amount of $230.89 with Capital One, as mentioned in the denial.

You may reinitiate the application process by submitting one of the following:

Documentation confirming the item has been paid in full

An updated ChexSystems report showing no outstanding obligations

If you have any questions regarding this matter, our Business Account and Deposit Services team is available at 800.343.6328. We value your interest in ACCU and your shared commitment to our mission.

Thank you,

America's Christian Credit Union

2100 E. Route 66 P.O. Box 5100 Glendora, CA 91740 | Toll-Free: 800.343.6328 | Fax: 626.208.5409

This credit union is federally insured by the National Credit Union Administration. Added savings protection is provided by American Share Insurance (ASI) on qualifying member's accounts in excess of that provided by NCUA. ASI is a credit union owned-share guaranty corporation. See a credit union representative for details. Equal housing opportunity.

ACCU Sensitive
AmericasChristianCU.com

Robert Wallace-Bey
119-14 153rd Street
Jamaica, NY 11434
Templeofse7en@gmail.com

**Date:** 11/06/2025

**Clerk of Court**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *Robert Wallace-Bey v. America's Christian Credit Union*, Case No. 25-CV-5558 (RER)(JAM)
**Filing:** Amended Complaint

Dear Clerk of Court,

Please find enclosed my **Amended Complaint** filed pursuant to the Court's Order dated October 21, 2025. This Amended Complaint is submitted solely on behalf of Robert Wallace-Bey as Plaintiff and includes the required revisions and legal citations in support of the claims. Please file this document under the existing docket number and return a date-stamped copy for my records.

Respectfully submitted,

*Robert wallace-Bey*

**Robert Wallace-Bey**
Plaintiff Pro Se